ALEXANDER DIAMAND, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.—Action on two policies of insurance issued to plaintiff by defendant. Judgment adjudging that the health and accident policy issued by the defendant on May 8, 1922, be reinstated as of May 8, 1933, and directing defendant to accept payment of the premium which became due on said policy on May 8, 1933, and

any subsequent premiums, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.